## IN RE EDEN F. ET AL.

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 48 Conn. App. 290 (AC 16417), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (1) the petitioner, the commissioner of children and families, was required to prove that she had made reasonable efforts to reunite both children with the respondent mother; and (2) the trial court's findings in this respect were clearly erroneous?"

The Supreme Court docket number is SC 15965.

*Benjamin Zivyon*, assistant attorney general, in support of the petition.

*Roger E. Bunker*, in opposition.

Decided July 2, 1998

## STEVEN E. BANCROFT *v.* COMMISSIONER OF MOTOR VEHICLES

*Norman B. Teague*, in support of the petition.

*Robert T. Morrin*, assistant attorney general, in opposition.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 635 (AC 16761), is denied.